UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
:
JAMOR J. DEMBY, :
:
    Petitioner, : Civ. No. 21-13075 (NLH)
:
  v. : **MEMORANDUM OPINION & ORDER**
:
:
CINDY SWEENEY, et al., :
:
    Respondents. :
_____:

APPEARANCE:

Jamor J. Demby
982910B
East Jersey State Prison
1100 Woodbridge Road
Rahway, NJ 07065

    Petitioner Pro se

HILLMAN, District Judge

    WHEREAS, Petitioner Jamor Demby filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, see ECF No. 1; and

    WHEREAS, Petitioner submitted a letter on July 2, 2021 indicating he wants to withdraw the petition, ECF No. 2; and

    WHEREAS, the Court interprets this letter as a request to voluntarily dismiss the petition under Federal Rule of Civil Procedure 41; and

    WHEREAS, a petitioner may dismiss an action without a court order by filing a notice of dismissal before the opposing party

files an answer or motion for summary judgment, Fed. R. Civ. P. 41(a)(1)(A)(i); and

WHEREAS, no answer or summary judgment motion has been filed in this action,

THEREFORE, IT IS on this ___7th___ day of__ July___, 2021

ORDERED that the action is voluntarily dismissed by the Petitioner, Fed. R. Civ. Pro. 41(a)(1)(A)(i); and it is further

ORDERED that the Clerk of the Court shall mark this case closed.  The Clerk shall send a copy of this order to Petitioner by regular mail.


At Camden, New Jersey

                                        s/ Noel L. Hillman
                                        NOEL L. HILLMAN, U.S.D.J.